IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ORILLION CRADDOCK, | Civil No. 3:15-cv-2168 |
| Petitioner | |
| | (Judge Mariani) |
| v. | |
| DAVID J. EBBERT, | |
| Respondent | |

## ORDER

**AND NOW**, this 10th day of December, 2015, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for a writ of habeas corpus (Doc. 1) is **DISMISSED** without prejudice for lack of jurisdiction.

2. The motion to proceed *in forma pauperis* (Doc. 3) is **GRANTED** for the sole purpose of the filing this action.

3. The Clerk of Court is directed to **CLOSE** this case.

_____
Robert D. Mariani
United States District Judge